MARJORIE AUSTIN, Respondent, v. CALVIN T. AUSTIN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present —

Cochrane, P. J., H. T. Kellogg, Hinman and Hasbrouck, JJ.; McCann, J., not sitting.